UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERMAINE CORTEZ PATE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:19-CV-207 RLW |
| | ) |
| JENNIFER SASCHE, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motions to proceed in forma pauperis will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motions for leave to proceed in forma pauperis [Doc. #3 and #4] are **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's request for counsel [Doc. #2] will be **DENIED** without prejudice at this time as this case does not appear complex and petitioner appears to be able to represent his own interests in this action for habeas corpus. The Court will entertain further requests for counsel at a later time if it appears it is necessary to do so.

**IT IS FURTHER ORDERED** that petitioner's request for summary judgment [Doc. #8] is **DENIED** without prejudice as it is inappropriately filed in a habeas corpus action. Petitioner should consult with the Case Management Order simultaneously entered herewith for the briefing schedule in this matter.

Dated this 6th day of March, 2019.

/s/ Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE