UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JERMAINE CORTEZ PATE, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| v. | ) | No. 4:19CV207 RLW |
| JENNIFER SASCHE, | ) |  |
| Respondent. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Verified Motion for Leave to Supplement Petition (ECF No. 12), which the Court construes as a motion to amend his complaint by interlineation. The Court does not accept amendments by interlineation.[1] If Petitioner wishes to amend his complaint, he must include with his motion to amend a proposed complaint that includes each and every claim he wishes to bring against every respondent in this action. Petitioner is warned that the filing of an amended complaint replaces the original complaint, and claims that are

---

[1] *Popoalii v. Correctional Medical Services*, 512 F.3d 488, 497 (8th Cir. 2008) (finding that it is appropriate to deny leave to amend a complaint when a proposed amendment was not submitted with the motion).

not realleged are deemed abandoned.  *E.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Verified Motion for Leave to Supplement Petition (ECF No. 12) is **DENIED** without prejudice.

Dated this 9th day of April, 2019.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE